IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CFL TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL ELECTRIC COMPANY and<br>GE LIGHTING, LLC,<br><br>　　　　Defendants. | C.A. No. 18-1444-RGA |

## ORDER COMPELLING GE TO PROVIDE DISCOVERY

WHEREAS, I have reviewed discovery dispute letters relating to Defendants' non-production of core technical documents (D.I. 46, 47);

WHEREAS, Defendants have so far produced two pages for a single compact fluorescent lamp (CFL) product model (bill of materials and electrical schematic diagram), which product was specifically named in the Complaint;

WHEREAS, several hundred additional Defendants' CFL models arguably have the same relevant characteristics, but Plaintiff has not identified which ones actually do, and GE has sold off the relevant business;

WHEREAS, the damages period is September 17, 2012 to April 23, 2013;

WHEREAS, Plaintiff has subsequently identified seven additional products that it has a good faith belief infringe (D.I. 46 at 1);

WHEREAS, Plaintiff's difficulty in identifying allegedly infringing products is due to its (and its predecessors') delay in bringing this action;

WHEREAS, Plaintiff has not specifically accused any other products of infringement;

1

NOW THEREFORE, the Court Orders, within 30 days of this Order, Defendants must complete core technical document production under Paragraph 4(b) of the Default Standard for Discovery (*i.e.*, at least a bill of materials and electrical schematic diagram) for the seven products subsequently identified;

WHEREAS, Plaintiff's request is otherwise DENIED.

IT IS SO ORDERED this 28 day of January, 2020.

/s/ Richard G. Andrews
United States District Court Judge