IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CFL TECHNOLOGIES LLC,<br><br>          Plaintiff,<br>   v.<br><br>GENERAL ELECTRIC COMPANY<br>and GE LIGHTING, LLC,<br><br>          Defendants. | Civil Action No. 18-1444-RGA |

MEMORANDUM ORDER

Plaintiff asserts two patents (the '680 and '681 patents) against GE. (D.I. 95 at 1). On one GE motion, I ruled that the *Kessler* doctrine bars their enforcement against some portion of the accused products (those that are the "same or essentially the same" as ones accused in prior litigation). I denied GE's other motion, which sought summary judgment on the basis that the prior litigation, because of the unusual circumstances surrounding it, could not provide actual notice of the '680 and '681 patents. The ruling on that motion did not involve any decision as to which, if any, accused products were covered by the actual notice.

Thus, we are left with the possibility that there are accused products that are not "the same or essentially similar" as those accused in the earlier litigation. Their status has not been formally resolved. I opined, however, that if they are not protected by the *Kessler* doctrine, then the earlier litigation did not provide notice as to them. (D.I. 93 at 11-12). The parties earlier agreed that for those accused products for which there was no actual notice, there would be zero damages. But there has been no motion relating to the "zero damages" and any further consequences of such a determination.

I said I would enter a further order. (*Id*. at 12 n.9). The further order, which I am only now entering, is that the parties should propose, preferably jointly, how to proceed from this point. Do they want to do discovery to figure out which GE products fall into the first group (no enforceability) versus the second group (no damages)? Do they want to do discovery for some other purpose? Do they want to stipulate that the second group has no damages, and craft a final judgment? Do they want to have motion practice about the second group? Or, something else?

The parties are requested to submit a joint status report in due course proposing a course of action.

IT IS SO ORDERED this 29th day of April 2021.

                                                                                      /s/ Richard G. Andrews
                                                                                    United States District Judge